JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO FERNANDEZ**, <br><br> Plaintiff, <br><br> v. <br><br> **HOLLYWOOD HIGHLAND INVESTMENT LLC, et al.**, <br><br> Defendants. | Case No. CV 20-10597-DMG (PVCx) <br><br> **JUDGMENT** |

The Court having granted Plaintiff Antonio Fernandez's motion for default judgment by Order dated April 26, 2021 [Doc. # 33],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff and against Defendants Hollywood Highland Investment LLC, Anisur Rahman, Mohammad Arifur Rahman Mohin, and Hasibur Rahaman.  Defendants shall pay a total judgment of $2,272 (consisting of $1,402 in attorneys' fees, and $870 in costs) and shall provide ADA-compliant wheelchair-accessible sales counters and paths of travel at Hollywood Best Souvenirs, located at 6704 Hollywood Blvd., Los Angeles, California.

DATED: April 26, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE