CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HOLLYWOOD HIGHLAND INVESTMENT LLC, a California Limited Liability Company; ANISUR RAHMAN; MOHAMMAD ARIFUR RAHMAN MOHIN; HASIBUR RAHAMAN,<br><br>　　　　Defendants. | **Case:** 2:20-cv-10597-DMG-MAA<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that Plaintiff Antonio Fernandez, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Hollywood Highland Investment LLC; Anisur Rahman; Mohammad Arifur Rahman Mohin; Hasibur Rahaman has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: June 23,2021　　　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　By:　/s/ Amanda Seabock
　　　　　　　　　　　　Amanda Seabock
　　　　　　　　　　　　Attorneys for Plaintiff